PROB 12C
(6/16)

Report Date:  March 5, 2025

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2025

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Noel Nunez          Case Number: 0980 2:17CR00166-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j), and 924(a)(2) | |
| Original Sentence: | Prison - 87 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 21, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2025.

On December 26, 2023, the conditions of supervised release were reviewed with Mr. Nunez. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Nunez is in violation of his conditions of supervised release by consuming fentanyl on or about March 3, 2025.

On March 4, 2025, a Spokane County Sheriff's Office (SCSO) deputy informed the undersigned that a traffic stop was conducted that resulted in Mr. Nunez' arrest due to the outstanding federal warrant that was issued on February 28, 2025. The SCSO deputy stated that incident to arrest a search was performed on Mr. Nunez. At that time, a small baggie with remnants of a powdery substance was located on his person and he admitted to the deputy that the baggie previously contained fentanyl, and that he last used this substance on or about March 3, 2025.

Prob12C
**Re: Nunez, Alberto Noel**
**March 5, 2025**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 5, 2025
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Thomas O. Rice
United States District Judge

March 5, 2025
_____

Date