PROB 12C
(6/16)

Report Date: July 3, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 03, 2025**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Noel Nunez                Case Number: 0980 2:17CR00166-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

Original Offense:     Unlawful Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j), and 924(a)(2)

Original Sentence:    Prison - 87 months              Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Rebecca R. Perez                Date Supervision Commenced: December 22, 2023

Defense Attorney:     Nathan Poston                   Date Supervision Expires: December 21, 2026

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2025 and 03/05/2025.

On December 26, 2023, the conditions of supervised release were reviewed with Mr. Nunez. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Nunez is in violation of his conditions of supervised release by consuming fentanyl on or about June 9, 2025. |
| | On June 12, 2025, Mr. Nunez reported to the U.S. Probation Office and provided a urinalysis that tested presumptive positive for fentanyl. Mr. Nunez initially explained that he was associating with a female who was using fentanyl and this is the reason why he tested positive for this substance. Upon further questioning and explanation, Mr. Nunez ultimately admitted to the undersigned, and via a signed document, that he last used fentanyl on or about June 9, 2025. |

Prob12C
Re: Nunez, Alberto Noel
July 3, 2025
Page 2

| | | |
|---|---|---|
| 6 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Nunez is in violation of his conditions of supervised release by consuming fentanyl on or about June 27, 2025.

On July 1, 2025, Mr. Nunez provided a urinalysis that tested presumptive positive for fentanyl at Pioneer Human Services for a scheduled random drug test. Mr. Nunez admitted on a signed document that he last used fentanyl on or about June 27, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 3, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[X]   Other: ***The final Revocation of Supervised Release Hearing scheduled for 8/6/2025 remains set.***

Thomas O. Rice
United States District Judge
July 3, 2025
Date