PROB 12C
(6/16)

Report Date: July 25, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Alberto Noel Nunez | Case Number: 0980 2:17CR00166-TOR-1 |
| Address of Offender: ███████████ | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

| | |
|---|---|
| Original Offense: | Unlawful Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j), and 924(a)(2) |
| Original Sentence: | Prison - 87 months  TSR - 36 months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Rebecca R. Perez | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: December 21, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2025, 03/05/2025, and 07/03/2025.

On December 26, 2023, the conditions of supervised release were reviewed with Mr. Nunez. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Nunez is in violation of his conditions of supervised release by consuming fentanyl and methamphetamine on or about July 17, 2025. |
| | On July 24, 2025, Mr. Nunez provided a random urinalysis that tested presumptive positive for fentanyl and methamphetamine and he readily signed a document that he last used both these substances on or about July 17, 2025. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Nunez, Alberto Noel
July 25, 2025
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

July 28, 2025

Date